# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

WPI, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Robert E. Korroch

Firm Name: Williams Mullen

Post Office Box:

Street Address: 721 Lakefront Commons, Suite 200

City-State-Zip: Newport News, Virginia 23606

Telephone & Facsimile Numbers: 757.249.5100 (phone); 757.249.5109 (fax)

E-mail address: rkorroch@williamsmullen.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

WPI, Inc. seeks to recover damages for the Defendant's breach of its contractual and regulatory obligation to mediate in good faith a dispute between the parties.

Government Agency Involved: D O E

**See attached Sheet for three digit code.**

Amount Claimed: $ To Be Determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005