IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WPI, INC.,

Plaintiff,

v. COFC No. 05-1268 C

UNITED STATES OF AMERICA,

Defendant.

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the address for Robert Erwin Korroch, lead attorney for Plaintiff WPI, Inc., should be changed to:

Robert E. Korroch, Esq.
Williams Mullen
Fountain Plaza Three, Suite 200
721 Lakefront Commons
Newport News, Virginia 23606
Telephone: 757.249.5100
Facsimile: 757.249.5109

Dated: December 19, 2005

Respectfully submitted,

s/ Robert E. Korroch

Robert E. Korroch
Francis E. Purcell, Jr.
Williams Mullen
Fountain Plaza Three, Suite 200
721 Lakefront Commons
Newport News, Virginia 23606
757.249.5100 (telephone)
757.249.5109 (facsimile)
Attorneys for Plaintiff