IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WPI, Inc., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-1268C |
| | ) | (Judge Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant respectfully requests the Court to grant an enlargement of time of 45 days, to and including March 23, 2006, within which to file its response to the complaint. The response is currently due on February 6, 2006. Counsel for plaintiff has informed counsel for the defendant that he does not oppose this request for an enlargement of time. No previous enlargements of time for this purpose have been requested or granted.

Counsel of record promptly furnished a copy of the complaint to the United States Department of Energy (“DOE”). While DOE has been gathering the information necessary to provide the litigation report required by 28 U.S.C. § 520, DOE has requested additional time to complete the litigation report. Undersigned counsel will then require a reasonable amount of time to prepare defendant's response to the complaint.

In addition, counsel for the Government requests the additional time because the undersigned counsel is presently out of the office due to a death in his family, and the timing of his return to the office is still uncertain.

For the foregoing reasons, we respectfully request the Court to grant defendant's motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Kenneth S. Kessler by/ Doris S. Finnerman
KENNETH S. KESSLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Tel: (202) 305-7562
Fax: (202) 305-7643

Attorneys for Defendant

February 1, 2006