IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WPI, Inc., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-1268C |
| | ) | (Judge Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant respectfully requests the Court to grant an enlargement of time of 29 days, to and including April 21, 2006, within which to file its response to the complaint. The response is currently due on March 23, 2006. Counsel for plaintiff has informed counsel for the defendant that he does not oppose this request for an enlargement of time. This is the Government's second request for an enlargement of time, the Court having previously granted the Government an enlargement of time of 45 days.

Counsel of record promptly furnished a copy of the complaint to the United States Department of Energy ("DOE"). While DOE has been gathering the information necessary to provide the litigation report required by 28 U.S.C. § 520, DOE has requested additional time to complete the litigation report and compile the accompanying documents. Counsel for DOE has advised the undersigned counsel on this day that he expects to produce the report and documents within the next week. The undersigned counsel will then require a reasonable amount of time to prepare defendant's response to the complaint. The undersigned counsel with primary responsibility for responding to the complaint will be unavailable from April 7 - 14, 2006.

In addition, as a result of recent discussions between counsel for the parties, one of the

objectives to be accomplished during the additional time is to accommodate efforts by the parties to attempt to narrow the issues and, if possible, seek to address the core dispute in an informal manner, thus conserving the Court and the parties resources.

For the foregoing reasons, we respectfully request the Court to grant defendant's motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Kenneth S. Kessler
KENNETH S. KESSLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Tel: (202) 305-7562
Fax: (202) 305-7643

March 23, 2006

Attorneys for Defendant