IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WPI, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1268C |
| | ) | (Judge Robert H. Hodges, Jr.) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

VOLUNTARY DISMISSAL BY PLAINTIFF

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (the "Rules"), Plaintiff, WPI, Inc. ("WPI"), hereby voluntarily dismisses all claims in WPI's action against the United States without prejudice. In support of this voluntary dismissal, WPI states as follows:

1. On December 8, 2005, plaintiff WPI filed a Complaint against the United States.

2. As of the date of this notice, the defendant has neither served an Answer nor filed a Motion for Summary Judgment. The plaintiff has not opposed the defendant's two motions for enlargement of time to respond to the plaintiff's Complaint.

3. The parties have agreed to conduct a meeting of their principals and the plaintiff believes that voluntary dismissal of its claim without prejudice to accommodate the meeting is in its best interests.

Accordingly, WPI's action is hereby dismissed in accordance with Rule 41(a)(1)(i).

Dated: April 7, 2006

Respectfully submitted,

s/ Robert E. Korroch

Williams Mullen
Fountain Plaza Three, Suite 200
721 Lakefront Commons
Newport News, Virginia 23606
rkorroch@williamsmullen.com
757.249.5100 (telephone)
757.249.5109 (facsimile)
Attorneys for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on April 7, 2006, a copy of the foregoing Voluntary Dismissal by Plaintiff was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Korroch

#1100342 v1